UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**JILL HUIZENGA**

**V.**                                               **CIVIL ACTION NO. 08-11288-NG**

**WILLIAM CRAWFORD, ET AL**

### SETTLEMENT ORDER OF DISMISSAL

GERTNER, D.J.

      The Court having been advised by counsel for the parties that the above-entitled action has been settled;

      IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.

March 31, 2010                                                   /s/ Lisa M. Hourihan
                                                                      --------------------------
                                                                      Deputy Clerk